IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>BRAD LEE, an individual d/b/a COMPTECH COMPUTERS, INCORPORATED and/or COMPTECH, INCORPORATED; and BRAD LEE, an individual,  )<br><br>Defendants.  ) | Case No. 3:06-cv-00989-WDS-PMF |

## **STIPULATED INJUNCTION**

Plaintiff Microsoft Corporation ("Microsoft"), and Defendants Brad Lee, an individual d/b/a Comptech Computers, Incorporated and/or Comptech, Incorporated, and Brad Lee, an individual (collectively, "Defendants"), hereby stipulate that Defendants along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by

Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

    (1)    1,200,236 ("MICROSOFT");

    (2)    1,256,083 ("MICROSOFT");

    (3)    11,475,795 ("POWERPOINT");

    (4)    1,741,086 ("MICROSOFT ACCESS"); and

    (5)    2,188,125 ("OUTLOOK");

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

    (1)    TX 5-837-617 ("Office Professional Edition 2003");

    (2)    TX 5-837-636 ("Office Excel 2003");

    (3)    TX 5-900-087 ("Office Outlook 2003");

    (4)    TX 5-852-649 ("Office PowerPoint 2003");

    (5)    TX 5-837-618 ("Publisher 2003");

    (6)    TX 5-900-088 ("Office Word 2003");

    (7)    TX 5-877-613 ("Business Contact Manager for Outlook 2003"); and

    (8)    TX 5-901-713 ("Access 2003");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

    (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service

mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) using the names, logos, or other variations thereof of any of Microsoft's copyright and/or trademark-protected software programs in any of Defendants' trade or corporate names;

(f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

Microsoft and Defendants further stipulate that Defendants will provide written notice to Microsoft's counsel of any changes in the name and/or address of any software business that they own or operate, or by which they are employed.

**IT IS SO STIPULATED.**

DATED: April MAY 13, 2007                BRAD LEE, an individual d/b/a COMPTECH
                                         COMPUTERS, INCORPORATED and/or COMPTECH,
                                         INCORPORATED

                                         By: Brad Lee

DATED: April MAY 13, 2007                BRAD LEE, an individual

                                         By: Brad Lee

DATED: April May 23, 2007                MICROSOFT CORPORATION, a Washington corporation

                                         By: JOHN A. SEETHOFF

Approved as to form:

Dated: April __, 2007                    HUSCH & EPPENBERGER, LLC

                                         By: Arthur L. Smith
                                         190 Carondelet Plaza # 600
                                         St. Louis, MO 63105
                                         314-480-1500 – telephone
                                         314-480-1505 – facsimile
                                         Attorneys for Plaintiff
                                         MICROSOFT CORPORATION

Dated: April May 17, 2007                **PAMELA LACEY**

                                         By: Pamela Lacey
                                         Pamela Lacey
                                         123 East Main, P.O. Box 39
                                         Benton, IL 62812
                                         618-439-6300 – telephone
                                         618-439-6120 – facsimile
                                         Attorney for Defendants

## ORDER

**IT IS SO ORDERED.**

DATED June 11, 2007                     s/WILLIAM D. STIEHL
                                        **WILLIAM D. STIEHL**
                                        UNITED STATES DISTRICT COURT JUDGE